■ REBECCA A. SHAW, Respondent, v TOWN OF CAMILLUS, Appellant. [732 NYS2d 606] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied

defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (7) for failure to state a cause of action. Plaintiff has asserted a valid negligence cause of action premised upon the alleged failure of the Camillus Town Court Clerk to retire an outstanding warrant against plaintiff after the underlying charge had been resolved (*see, Glowinski v Braun*, 105 AD2d 1153, *appeal dismissed* 65 NY2d 637). "A public officer may be subject to liability for a wrongful act if that act is deemed ministerial rather than discretionary or quasijudicial in nature" and the Town Court Clerk's failure to retire a warrant "must be considered ministerial" (*Glowinski v Braun, supra*, at 1153). (Appeal from Order of Supreme Court, Onondaga County, Roy, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.